**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frederick Paul Mraz aka Fred Paul Mraz          CHAPTER 13
               Debtor(s)

                                                                            BKY. NO. 26-11555 AMC


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.


                        Respectfully submitted,


/s/ *Matthew Fissel*

Matthew Fissel
24 Apr 2026, 13:49:46, EDT


          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322

Document ID: dda7a93502c6acb4ffa82e93947bba605904929c97464f22ac29ce2ab65b580a