**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :Chapter 13
                                                    :
Frederick Paul Mraz                                 :Case No. 26-11555amc
          Debtor.                                   :

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 7      , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the first, second, & final installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Frederick Paul Mraz            **SHALL APPEAR** for a hearing on

   August 18, 2026        **at** 10:00      A.M.      via phone by dialing 646-828-7666

   and entering Meeting ID 160 6807 8081.

2.   Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

_____
Ashely M. Chan, Chief
**U.S. BANKRUPTCY JUDGE**

**Date:** July 30, 2026

**Copy to:**

Frederick Paul Mraz
9 Woodchuck Way
Kenneth Square, PA 19348