United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11555-amc |
| Frederick Paul Mraz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 31, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID                    Recipient Name and Address**
db                       + Frederick Paul Mraz, 9 Woodchuck Way, Kenneth Square, PA 19348-2353

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T BANK dsmillie@flblaw.com  ccharlton@flblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                         :Chapter 13
                                               :
Frederick Paul Mraz
                                               :Case No. 26-11555amc
   Debtor.                                     :

### ORDER TO SHOW CAUSE

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 7      , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the first, second, & final installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Frederick Paul Mraz            **SHALL APPEAR** for a hearing on

   August 18, 2026      **at** 10:00      A.M.      via phone by dialing 646-828-7666

   and entering Meeting ID 160 6807 8081.


2. Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

Ashely M. Chan, Chief

**U.S. BANKRUPTCY JUDGE**

Date: July 30, 2026


Copy to:

Frederick Paul Mraz
9 Woodchuck Way
Kenneth Square, PA 19348