IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| FREDERICK PAUL MRAZ | : | |
| a/k/a FRED PAUL MRAZ | : | CASE NO. 26-11555-AMC |
| Debtor | : | |

## **CERTIFICATION OF NO RESPONSE**

I certify that I have received no response from the Debtor or the Trustee to the Motion for Relief from Stay filed on behalf of M&T Bank [ECF No. 20], although a response was due on or before August 3, 2026, and therefore respectfully request this Honorable Court grant the Motion without a hearing.

DOUGLAS J. SMILLIE

Fitzpatrick Lentz & Bubba, P.C.
645 West Hamilton Street – Suite 800
Allentown, PA 18101
Phone: (610) 797-9000
PA ID #36687
dsmillie@flblaw.com

Dated: August 5, 2026          By:___*/s/ Douglas J. Smillie*_____
                                         Attorney for M&T Bank