United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11555-amc
Frederick Paul Mraz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Aug 06, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick Paul Mraz, 9 Woodchuck Way, Kenneth Square, PA 19348-2353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T BANK dsmillie@flblaw.com ccharlton@flblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Ch. 13 |
| **Frederick Paul Mraz,** | : | |
| | : | Bankruptcy No**. 26-11555 AMC** |
| Debtor. | : | |

# O R D E R

**AND NOW**, this 5th day of August, 2026, the Debtor having filed the above bankruptcy case on April 14, 2026,

**AND**, the Debtor having filed four (4) prior bankruptcy cases before the present case: Including case number 24-11284 a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on April 16, 2024 and dismissed on October 4, 2024 for failure to make plan payments,

**AND,** the docket reflecting that the Trustee has filed a motion to dismiss for failure to make plan payments in the present case,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on September 8, 2026,**

**at 11:00 a.m. by telephone (1-646-828-7666 with Meeting ID 160 6807 8081)** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments,

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

Ashely M. Chan
United States Bankruptcy Judge