IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*IN RE:* CHAPTER 13

FREDERICK PAUL MRAZ
a/k/a FRED PAUL MRAZ CASE NO. 26-11555-AMC
Debtor

**ORDER**

AND NOW, this 11th day of August 2026, upon consideration of the Motion of M&T Bank for relief from the automatic stay, it is hereby

ORDERED that the Motion is GRANTED and the automatic stay pursuant to Section 362 of the Bankruptcy Code is hereby lifted to permit M&T Bank to enforce its rights and remedies under state law with respect to the Debtor's real property known as 9 Woodchuck Way, Kennett Square, PA 19348, and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.

BY THE COURT:

Ashely M. Chan, C.B.J.

Distribution list:

Frederick Paul Mraz
9 Woodchuck Way
Kenneth Square, PA 19348
Debtor

Kenneth E. West
190 N. Independence Way
Suite 701
Philadelphia, PA 19106
Chapter 13 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
Two City Center
645 West Hamilton Street- Suite 800
Allentown, PA 18101-2197