United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11555-amc
Frederick Paul Mraz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 11, 2026 Form ID: pdf900 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick Paul Mraz, 9 Woodchuck Way, Kenneth Square, PA 19348-2353 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 12 2026 01:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2026 01:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T BANK dsmillie@flblaw.com ccharlton@flblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | |
|---|---|
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*IN RE:* CHAPTER 13

FREDERICK PAUL MRAZ
a/k/a FRED PAUL MRAZ CASE NO. 26-11555-AMC
Debtor

**ORDER**

AND NOW, this 11th day of August 2026, upon consideration of the Motion of M&T Bank for relief from the automatic stay, it is hereby

ORDERED that the Motion is GRANTED and the automatic stay pursuant to Section 362 of the Bankruptcy Code is hereby lifted to permit M&T Bank to enforce its rights and remedies under state law with respect to the Debtor's real property known as 9 Woodchuck Way, Kennett Square, PA 19348, and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.

BY THE COURT:

Ashely M. Chan, C.B.J.

Distribution list:

Frederick Paul Mraz
9 Woodchuck Way
Kenneth Square, PA 19348
Debtor

Kenneth E. West
190 N. Independence Way
Suite 701
Philadelphia, PA 19106
Chapter 13 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
Two City Center
645 West Hamilton Street- Suite 800
Allentown, PA 18101-2197