United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Frederick Paul Mraz
Debtor

Case No. 26-11555-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf900 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick Paul Mraz, 9 Woodchuck Way, Kenneth Square, PA 19348-2353 |
| 15135969 | + | Dorothy Mraz, 9 Woodchuck Way, Kennett Square, PA 19348-2353 |
| 15135971 | + | Hamorton Association, c/o Larry Eisman, Esquire, 919 Conestoga Road, Suite 3-114, Bryn Mawr, PA 19010-1354 |
| 15135972 | + | Klehr Harrison Harvey Branzburg, 1835 Market Street, suite 1400, Philadelphia, PA 19103-2945 |
| 15136042 | + | M&T Bank, Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15135977 | + | Nina Smith, 1519 North Rodney Street, Wilmington, DE 19806-3007 |
| 15135980 | + | Robert Lohr, Esq., 1246 West Chester Pike, Suite 312, West Chester, PA 19382-5683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 10 2026 02:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15161628 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 10 2026 02:30:29 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15135968 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:30:24 | American Express, c/o Beckett & Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 15142744 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 02:30:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15135970 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 10 2026 02:29:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15135973 | ^ | MEBN | Sep 10 2026 02:25:34 | KML Law Group, 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 15135974 | | Email/Text: camanagement@mtb.com | Sep 10 2026 02:29:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 15150678 | | Email/Text: camanagement@mtb.com | Sep 10 2026 02:29:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15135975 | | Email/Text: camanagement@mtb.com | Sep 10 2026 02:29:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| 15157055 | + | Email/Text: camanagement@mtb.com | Sep 10 2026 02:29:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 15133956 | ^ | MEBN | Sep 10 2026 02:25:34 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15135976 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 10 2026 02:30:24 | Navient Solutions, PO Box 9635, Wilkes Barre, |

| | | | | |
|---|---|---|---|---|
| | | | | PA 18773-9635 |
| 15135978 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2026 02:29:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 15157246 | + | Email/Text: bkdepartment@rtresolutions.com | Sep 10 2026 02:29:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |
| 15135979 | + | Email/Text: bkdepartment@rtresolutions.com | Sep 10 2026 02:29:00 | Real Time Solutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247-4029 |
| 15153484 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2026 02:30:24 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | *+ | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T BANK dsmillie@flblaw.com ccharlton@flblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**DEBRAUNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **FREDERICK PAUL MRAZ,** | : | |
| **Debtor** | : | **Bky. No. 26-11555 AMC** |

# **O R D E R**

**AND**, the court having scheduled a hearing to consider whether this case should be dismissed and the Debtor prohibited from refiling any future bankruptcy cases for a period of 365 days;

**AND**, the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED**.
2. The Debtor is **PROHIBITED** from filing another bankruptcy case for a period of 365 days.

   The bar on refiling expires on **September 9, 2027.**

**Date:** Sept. 9, 2026

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**